WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
101 California Street
San Francisco, CA  94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email:  abridges@winston.com

Attorneys for Defendant
NAVTEQ Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/1/05*

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NAVTEQ CORPORATION<br><br>  Defendant. | Case No. C 05-01673 RMW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

WHEREAS, Plaintiffs Tele Atlas N.V. and Tele Atlas North America (collectively, "Tele Atlas") filed a Complaint (the " Complaint") against NAVTEQ Corporation ("NAVTEQ") on April 22, 2005; and

WHEREAS, the Complaint was served upon NAVTEQ on April 25, 2005; and

WHEREAS, the date upon which NAVTEQ was to answer, move against or otherwise respond to the Complaint was May 16, 2005; and

WHEREAS, NAVTEQ has made no previous requests for an extension of the time to answer, move against or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

SF:106821.1

1  NAVTEQ's initial answer, motion or other response may be filed and served, in
2 accordance with applicable law and rules, not later than June 15, 2005.

Dated: May 12, 2005                Winston & Strawn LLP

                                   By:  /s/ Andrew P. Bridges
                                        Andrew P. Bridges
                                        Attorneys for Defendant
                                        NAVTEQ CORPORATION

Dated: May 12, 2005                Quinn Emanuel Urquhart
                                   Oliver & Hedges, LLP


                                   By:  /s/ David Eiseman
                                        David Eiseman

                                        Attorneys For Plaintiffs
                                        TELE ATLAS N.V. and
                                        TELE ATLAS NORTH AMERICA

                                   Andrew P. Bridges certifies that he has obtained the
                                   concurrence of Mr. Eiseman to this filing

SO ORDERED:

Dated: 6/1/05


 /S/ RONALD M. WHYTE
       Ronald M. Whyte, U.S.D.J.

SF:106821.1