WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
101 California Street, 39th Floor
San Francisco, California, 94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  abridges@winston.com

Attorneys for Defendant
NAVTEQ CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION           *E-FILED - 8/17/06*

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA, <br><br>　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>NAVTEQ CORPORATION, <br><br>　　　　　　　　　Defendant. | Case No. 05 C 01673 RMW <br><br> **STIPULATED REQUEST AND [] ORDER TO EXTEND THE DISCOVERY CUT-OFF; DECLARATION OF ANDREW M. JOHNSTONE IN SUPPORT THEREOF** <br><br> Complaint filed April 22, 2005 <br><br> The Honorable Ronald M. Whyte |

　　　　Subject to the approval of this Court, the parties hereby jointly request and stipulate to a short extension of the discovery cut-off and modification of pretrial deadlines as shown below pursuant to Rule 6, Fed. R. Civ. P., and Local Rule 6-2.

　　　　This is a complex antitrust case in which discovery covers a nearly ten-year period.  *See* Declaration of Andrew M. Johnstone ¶ 2, attached hereto as Exhibit A.  Consequently, document production in this matter has been voluminous with both sides producing a combined total of roughly 400,000 pages of documents to date.  *Id.*  Moreover, both sides continue to produce documents on a rolling basis.  *Id.* ¶ 3.  Additionally, the parties have met and conferred over various discovery-related issues multiple times and thus far have been able to avoid the Court's involvement.  *Id.*  However, in order to complete outstanding document discovery, conduct deposition discovery, and otherwise defend and prosecute this case, the

1  parties agree that a short extension of the Court-ordered schedule is required. *Id*. ¶ 4. The
2  parties note that this would be the **first** modification of the schedule originally set by the Court.
3  *Id*. ¶ 5. Moreover, this proposed extension would delay the ultimate resolution of this case by
4  only a few months compared to the existing schedule. *Id.*
5  The parties specifically request new deadlines as follows:

| The current schedule: | The Parties' proposed schedule: | |
|---|---|---|
| Fact discovery closes September 1, 2006 | Fact discovery closes January 31, 2007 | |
| Expert discovery closes December 31, 2006 | Expert discovery closes March 30, 2007 | |
| Dispositive motions due January 19, 2007 | Dispositive motions due April 13, 2007 | (jg) |
| Pre-trial conference on April 19, 2007 | Pre-trial conference on July 12, 2007 | (jg) |
| Trial to begin the week of May 14, 2007 | Trial to begin the week of July 23, 2007 | (jg) |

12  Because there is good cause for the modest extension of discovery and modification of
13  the case schedule, the parties respectfully request the Court's approval of the proposed schedule.
14  SO STIPULATED:

15  Dated: August 14, 2006            QUINN EMANUEL URQUHART OLIVER &
16                                     HEDGES, LLP

17
18                                     By: /s/ David Eiseman
                                           Attorneys for Plaintiffs
19                                         TELE ATLAS N.V. AND TELE ATLAS NORTH
                                           AMERICA

20  Dated: August 14, 2006            WINSTON & STRAWN LLP
21
22                                     By:/s/ Andrew P. Bridges
                                           Attorneys for Defendant
23                                         NAVTEQ CORPORATION

24  PURSUANT TO STIPULATION, IT IS SO ORDERED:
25
26  Dated: 8/17/06                     /S/ RONALD M. WHYTE
27                                     UNITED STATES DISTRICT COURT JUDGE
28