| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| | Andrew P. Bridges (SBN: 122761) |
| 2 | 101 California Street, 39th Floor |
| | San Francisco, California 94111 |
| 3 | Telephone:  (415) 591-1000 |
| | Facsimile:  (415) 591-1400 |
| 4 | Email:  abridges@winston.com |
| 5 | Attorneys for Defendant |
| | NAVTEQ CORPORATION |
| 6 | |
| | QUINN EMANUEL URQUHART |
| 7 | OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 8 | David Eiseman (Bar No. 114758) |
| | Dominic Surprenant (Bar No. 165861) |
| 9 | Melissa J. Baily (Bar No. 237649) |
| | 50 California Street, 22nd Floor |
| 10 | San Francisco, California  94111 |
| | Telephone:  (415) 875-6600 |
| 11 | Facsimile:  (415) 875-6700 |
| | Email:  johnquinn@quinnemanuel.com |
| 12 |         davideiseman@quinnemanuel.com |
| |         dominicsurprenant@quinnemanuel.com |
| 13 |         melissabaily@quinnemanuel.com |
| 14 | Attorneys for Plaintiffs |
| | TELE ATLAS N.V. and TELE ATLAS |
| 15 | NORTH AMERICA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 1/22/07*

| | | |
|---|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA, | ) ) ) | Case No. 05 C 01673 RMW |
| Plaintiffs, | ) ) | **STIPULATION AND []** **ORDER TO MODIFY SCHEDULE** |
| v. | ) ) | Complaint filed April 22, 2005 |
| NAVTEQ CORPORATION, | ) ) | The Honorable Ronald M. Whyte |
| Defendant. | ) ) ) | |

50871/2023873.1                         1
**STIPULATION AND [] ORDER TO MODIFY SCHEDULE**
Case No. 05 C 01673 RMW

1  Subject to the approval of this Court, the parties hereby stipulate to the following
2  modification of the schedule entered by this Court on August 17, 2006.
3  WHEREAS, the parties requested an extension of the discovery cut-off on August
4  14, 2006 and the Court granted the extension on August 17, 2006;
5  WHEREAS, the parties have produced a combined total of approximately
6  1,147,653 pages to date and the parties continue to supplement their productions on a rolling
7  basis;
8  WHEREAS, the parties have completed eleven days of depositions to date;
9  WHEREAS, the parties have scheduled an additional seven depositions to take
10 place prior to January 31, 2007;
11 WHEREAS, the parties intend to take at least an additional fifteen depositions of
12 party witnesses;
13 WHEREAS, certain witnesses noticed by the parties reside in Europe and Japan
14 and are scheduling travel to the United States to be deposed;
15 WHEREAS, the parties agree that, in order to complete discovery in this case, an
16 extension of the Court-ordered schedule is required;
17 THE PARTIES HEREBY STIPULATE that the schedule set forth in this Court's
18 August 17, 2006 Order be modified as follows:

| The current schedule: | The Parties' proposed schedule: |
|---|---|
| Fact discovery closes January 31, 2007 | Fact discovery closes May 1, 2007 |
| Expert discovery closes March 30, 2007 | Expert discovery closes July 2, 2007 |
| Dispositive motions due April 16, 2007 | Dispositive motions due July 27, 2007 |
| Pre-trial conference on July 10, 2007 | Pre-trial conference on October 25, 2007 |
| Trial to start the week of July 24, 2007 | Trial to start the week of November 5, 2007 |

1  SO STIPULATED:

2  Dated: December 27, 2006              QUINN EMANUEL URQUHART OLIVER &
3                                         HEDGES, LLP

4
                                          By:    /s/ David Eiseman
5                                             DAVID EISEMAN
                                              Attorneys for Plaintiffs
6                                             TELE ATLAS N.V. AND TELE ATLAS NORTH
                                              AMERICA
7
   Dated: December 27, 2006              WINSTON & STRAWN LLP
8

9                                         By:    /s/ David Koropp
                                              DAVID KOROPP
10                                            Attorneys for Defendant
                                              NAVTEQ CORPORATION
11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED:

13

14  Dated: 1/22/07                        *Ronald M. Whyte*
                                          UNITED STATES DISTRICT COURT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28
   50871/2023873.1                         3
                              **STIPULATION AND [] ORDER TO MODIFY SCHEDULE**
                                     Case No. 05 C 01673 RMW