1  WINSTON & STRAWN LLP
     Andrew P. Bridges (Bar No. 122761)
2  101 California Street, 39th Floor
   San Francisco, California  94111
3  Telephone:    (415) 591-1000
   Facsimile:    (415) 591-1400
4  Email: abridges@winston.com

5  Attorneys for Defendant
   NAVTEQ Corporation
6
   QUINN EMANUEL URQUHART
7    OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
8    David Eiseman (Bar No. 114758)
     Dominic Surprenant (Bar No. 165861)
9    Melissa J. Baily (Bar No. 237649)
   50 California Street, 22nd Floor
10 San Francisco, California  94111
   Telephone:    (415) 875-6600
11 Facsimile:    (415) 875-6700
   Email: johnquinn@quinnemanuel.com
12         davideiseman@quinnemanuel.com
           dominicsurprenant@quinnemanuel.com
13         melissabaily@quinnemanuel.com

14 Attorneys for Plaintiffs
   Tele Atlas N.V. and Tele Atlas North America

*E-FILED - 5/10/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA,<br><br>        Plaintiffs,<br><br>    v.<br><br>NAVTEQ CORPORATION,<br><br>        Defendant. | CASE NO. C 05-1673 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO MODIFY CERTAIN**<br>**DEADLINES RELATED TO FACT**<br>**DISCOVERY**<br><br>Complaint filed April 22, 2005<br><br>The Honorable Ronald M. Whyte |

**STIPULATION**

Subject to the approval of this Court, the parties hereby stipulate to the following modification of deadlines related to fact discovery and motions to compel fact discovery.

WHEREAS, the Order entered by this Court on January 22, 2007 set the fact discovery cut-off to be May 1, 2007;

WHEREAS, Tele Atlas N.V. and Tele Atlas North America ("Tele Atlas") served its Second Set of Requests for Production of Documents and Things, First Set of Interrogatories, and First Set of Requests for Admission on Defendant NAVTEQ Corporation ("NAVTEQ") on March 30, 2007;

WHEREAS, NAVTEQ requested an extension for serving written responses to the above-referenced discovery requests from April 30, 2007 to May 4, 2007;

WHEREAS, Tele Atlas agrees to such an extension provided that Tele Atlas' deadline to move to compel with respect to the above-referenced discovery be extended from May 10, 2007, as provided by Civil Local Rule 26-2, to May 14, 2007;

WHEREAS, each party is preparing a "privilege log" describing documents with respect to which it is asserting the attorney-client privilege, work product privilege, or other applicable privilege;

WHEREAS, the parties agree that such privilege logs shall be exchanged on May 15, 2007, and that each party shall have until May 24, 2007 to file and serve any motion regarding any dispute with respect to the assertion of privilege by the other party;

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas and NAVTEQ, through their respective counsel of record, as follows:

1.  NAVTEQ shall serve its written responses to Tele Atlas' Second Set of Requests for Production of Documents and Things, First Set of Interrogatories, and First Set of Requests for Admission on or before May 4, 2007;

2.  Tele Atlas shall file and serve any motions to compel with respect to NAVTEQ's responses to Tele Atlas' Second Set of Requests for Production of Documents and Things, First Set of Interrogatories, and First Set of Requests for Admission on or before May 14, 2007;

3. Each party shall file and serve any motions regarding any disputes with respect to the assertion of privilege by the other party on or before May 24, 2007.

DATED:  May 1, 2007                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Melissa J. Baily
      Melissa J. Baily
      Attorneys for Plaintiffs
      Tele Atlas N.V. and Tele Atlas North America

DATED:  May 1, 2007                    WINSTON & STRAWN LLP

By  /s/ David Koropp
      David Koropp
      Attorneys for Defendant
      NAVTEQ Corporation

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  __5/10/07_____          _Ronald M. Whyte_____
                                                                United States District Court Judge

STIPULATION AND [] ORDER TO MODIFY
CERTAIN FACT DISCOVERY DEADLINES                     2
CASE NO. C 05-1673 RMW

50871/2111510.1