1  QUINN EMANUEL URQUHART
     OLIVER & HEDGES, LLP
2   John B. Quinn (Bar No. 90378)
     David Eiseman (Bar No. 114758)
3   Dominic Surprenant (Bar No. 165861)
     Melissa J. Baily (Bar No. 237649)
4  50 California Street, 22nd Floor
   San Francisco, California  94111
5  Telephone:     (415) 875-6600
   Facsimile:      (415) 875-6700
6  Email: johnquinn@quinnemanuel.com
               davideiseman@quinnemanuel.com
7              dominicsurprenant@quinnemanuel.com
               melissabaily@quinnemanuel.com
8
   Attorneys for Plaintiffs
9  Tele Atlas N.V. and Tele Atlas North America

10

11 WINSTON & STRAWN LLP
     Andrew P. Bridges (Bar No. 122761)
   101 California Street, 39th Floor
12 San Francisco, California  94111
   Telephone:     (415) 591-1000
13 Facsimile:      (415) 591-1400
   Email: abridges@winston.com
14
   Attorneys for Defendant
15 NAVTEQ Corporation

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION          ***E-FILED - 6/6/07***

| | |
|---|---|
| 20  TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA, | CASE NO. C 05-1673 RMW |
| 21              Plaintiffs, | **STIPULATION AND []** **ORDER TO MODIFY SCHEDULE** |
| 22 | Complaint filed April 22, 2005 |
| 23       v. | The Honorable Ronald M. Whyte |
| 24  NAVTEQ CORPORATION, | |
| 25              Defendant. | |

26

27

28

## STIPULATION

Subject to the approval of this Court, the parties hereby stipulate to the following modification of the schedule set forth in this Court's January 22, 2007 and May 10, 2007 Orders.

WHEREAS, the Order entered by this Court on January 22, 2007 set forth certain deadlines for fact discovery, expert discovery, and dispositive motions and set dates for the pretrial conference and the start of trial;

WHEREAS, the Order entered by this Court on May 10, 2007 set forth certain deadlines related to fact discovery;

WHEREAS, the parties have produced a combined total of approximately 2,200,000 pages to date;

WHEREAS, the parties have completed approximately 40 days of depositions to date;

WHEREAS, the parties have scheduled or are attempting to schedule the remaining party depositions as well as five third-party depositions;

WHEREAS, each party is preparing a "privilege log" describing documents with respect to which it is asserting the attorney-client privilege, work product privilege, or other applicable privilege;

WHEREAS, the parties agree that, in order to complete the outstanding fact discovery as well as the expert discovery in this case, an extension of the Court-ordered schedule is required; and

WHEREAS, counsel for NAVTEQ Corporation is not available for trial at anytime between the November 5, 2007 trial date set forth in this Court's January 22, 2007 Order and January 28, 2008;

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas N.V., Tele Atlas North America, and NAVTEQ Corporation, through their respective counsel of record, as follows:

1. The schedule set forth in this Court's January 22, 2007 Order shall be modified as follows:

| The current schedule: | The parties' proposed schedule: |
|---|---|
| Expert discovery closes July 2, 2007 | Expert discovery closes September 14, 2007 |
| Dispositive motions due July 23, 2007 | Dispositive motions due October 5, 2007 |
| Pre-trial conference on October 22, 2007 | Pre-trial conference on December 13, 2007 |
| Trial to start the week of November 5, 2007 | Trial to start the week of January 28, 2008 |

2. The schedule set forth in this Court's May 10, 2007 Order shall also be modified by extending the date by which each party shall file and serve any motions regarding any disputes with respect to the assertion of privilege by the other party from May 24, 2007 to June 12, 2007.

DATED: May 31, 2007              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                 By /s/ Melissa J. Baily
                                    Melissa J. Baily
                                    Attorneys for Plaintiffs
                                    Tele Atlas N.V. and Tele Atlas North America


DATED: May 31, 2007              WINSTON & STRAWN LLP


                                 By /s/ David Koropp
                                    David Koropp
                                    Attorneys for Defendant
                                    NAVTEQ Corporation


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 6/6/07                    *Ronald M. Whyte*
                                 The Honorable Ronald M. Whyte
                                 United States District Court Judge