1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   TELE ATLAS N.V, et al.,

9        Plaintiff,

10       -v-

11  NAVTEQ CORPORATION,

12       Defendant.

*E-FILED - 9/4/07*

CASE NO.: C-05-01673-RMW

**SEALING ORDER**

13

14       IT IS HEREBY ORDERED that Plaintiff's Third Amended Complaint shall be filed under

15  seal.

16

17

IT IS SO ORDERED.

18

19

20

DATED:  September 4, 2007

21

22                                    _____
                                     RONALD M. WHYTE
                                     United States District Judge
23

24

25

26

27

28

1   Copy of Order E-Filed to Counsel of Record:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28