1  WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
2  David S. Bloch (SBN: 184530)
101 California Street
3  San Francisco, CA  94111-5894
Telephone:     415-591-1000
4  Facsimile:     415-591-1400
Email: abridges@winston.com
5         dbloch@winston.com

6  WINSTON & STRAWN LLP
Dan K. Webb (*admitted pro hac vice*)
7  George C. Lombardi (*admitted pro hac vice*)
David E. Koropp (*admitted pro hac vice*)
8  35 W. Wacker Drive
Chicago, Illinois  60601
9  Telephone Number: (312) 558-5600
Fax Number: (312) 558-5700

10

Attorneys for Defendant
11  NAVTEQ CORPORATION

*E-FILED - 10/11/07*

12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14

**SAN JOSE DIVISION**

15

16  TELE ATLAS N.V. and TELE ATLAS
NORTH AMERICA,

17              Plaintiff,

18        v.

19  NAVTEQ CORPORATION,

20              Defendant.

21

22

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. C 05-01673 RMW**

**STIPULATION AND []
ORDER GRANTING DEFENDANT
NAVTEQ CORPORATION'S MOTION
FOR ADMINISTRATIVE RELIEF TO
EXCEED PAGE LIMITATIONS SET
FORTH IN THE COURT'S LOCAL RULES**

**Date:  November 30, 2007**
**Time: 9:00 a.m.**
**Dept.: Courtroom 6, 4th Floor**
**        San Jose, CA 95113**

23
//// 
24
//// 
25
//// 
26
//// 
27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

**STIPULATION AND [] ORDER**
**Case No. C 05-01673 RMW**

SF:185302.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    Plaintiffs TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA ("Plaintiffs")

2    and defendant NAVTEQ CORPORATION ("NAVTEQ"), by and through their respective counsel,

3    hereby stipulate as follows:

4         WHEREAS, Local Rule 7-4(b) limits motions for summary judgment to 25 pages;

5         WHEREAS, this limitation may be extended by a Motion for Administrative Relief

6    to the Court under Local Rule 7-11;

7         WHEREAS, 2.2 million documents have been produced and over 45 depositions

8    taken in this antitrust action;

9         WHEREAS, five additional pages are required for NAVTEQ to fully brief the issues

10   on summary judgment;

11        WHEREAS, under Local Rule 7-11(a), Plaintiffs have agreed to stipulate to, with

12   this Court's permission, NAVTEQ's filing of a brief oversized by five pages and NAVTEQ has

13   agreed to stipulate to an oversized opposition if need be;

14

15        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties

16   that, with the Court's permission, the twenty-five-page limitation on summary judgment under

17   Local Rule 7-4(b) be extended to thirty pages.

18        IT IS SO STIPULATED.

19   Dated:  October 5, 2007

20                                          /s/ Megan E. Gervase
                                            Megan E. Gervase
21                                          WINSTON & STRAWN LLP
                                            Attorneys for Defendant
22                                          NAVTEQ Corporation

23   Dated:  October 5, 2007

24                                          /s/ Melissa J. Baily
                                            Melissa J. Baily
25                                          Attorneys for Plaintiffs
                                            Tele Atlas N.V. and Tele Atlas North America

26   ////

27   ////

28
                                          -2-

**NAVTEQ CORPORATION'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**
**Case No. C 05-01673 RMW**

SF:185302.1

**[D] ORDER**

Having considered Defendant NAVTEQ CORPORATION'S ADMINISTRATIVE Motion To Exceed The Page Limitations Set Forth In Local Rule 7-4(b) and finding good cause therefore, Defendant's Administrative Motion To Exceed The Page Limitations Set Forth In Local Rule 7-4(b) from twenty-five pages to thirty pages is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  10/11/07

_Ronald M. Whyte_

Hon. Ronald M. Whyte
U.S. District Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

3

**NAVTEQ CORPORATION'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**
Case No. 05 C 01673 RMW

SF:185302.1