| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART |
|   |   OLIVER & HEDGES, LLP |
| 2 |   John B. Quinn (Bar No. 90378) |
|   |   David Eiseman (Bar No. 114758) |
| 3 |   Dominic Surprenant (Bar No. 165861) |
|   |   Melissa J. Baily (Bar No. 237649) |
| 4 | 50 California Street, 22nd Floor |
|   | San Francisco, California  94111 |
| 5 | Telephone:     (415) 875-6600 |
|   | Facsimile:      (415) 875-6700 |
| 6 | Email: johnquinn@quinnemanuel.com |
|   |           davideiseman@quinnemanuel.com |
| 7 |           dominicsurprenant@quinnemanuel.com |
|   |           melissabaily@quinnemanuel.com |
| 8 | |
|   | Attorneys for Plaintiffs |
| 9 | Tele Atlas N.V. and Tele Atlas North America |

WINSTON & STRAWN LLP
  Andrew P. Bridges (Bar No. 122761)
101 California Street, 39th Floor
San Francisco, California  94111
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400
Email: abridges@winston.com

Attorneys for Defendant
NAVTEQ Corporation

*E-FILED - 11/2/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA, | CASE NO. C 05-1673 RMW |
| Plaintiffs, | **STIPULATION AND [] ORDER REGARDING SUMMARY JUDGMENT BRIEFING** |
| v. | Complaint filed April 22, 2005 |
| NAVTEQ CORPORATION, | The Honorable Ronald M. Whyte |
| Defendant. | |

## STIPULATION

Subject to the approval of this Court, the parties hereby stipulate to the following.

WHEREAS, NAVTEQ Corporation ("NAVTEQ") filed its "Motion for Partial Summary Judgment" with respect to NAVTEQ's alleged tying conduct on September 15, 2007;

WHEREAS, the brief filed in support of that motion was 25 pages;

WHEREAS, NAVTEQ filed its "Motion for Partial Summary Judgment on All Claims Other Than Tying" on October 5, 2007;

WHEREAS, the brief filed in support of that motion was 30 pages;

WHEREAS, the hearing on NAVTEQ's motions for summary judgment has been set for November 30, 2007; and

WHEREAS, the parties have reached agreement regarding scheduling and page limits with respect to the opposition and reply briefs to be filed in connection with NAVTEQ's motions for summary judgment;

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas N.V., Tele Atlas North America, and NAVTEQ Corporation, through their respective counsel of record, as follows:

1. Tele Atlas shall file one brief of not more than 55 pages in opposition to NAVTEQ's motions for summary judgment;

2. Tele Atlas shall file its opposition brief on November 5, 2007; and

3. NAVTEQ shall file any reply brief(s) totaling not more than 30 pages on November 16, 2007.

DATED: October 29, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Melissa J. Baily
Melissa J. Baily
Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

DATED: October 29, 2007         WINSTON & STRAWN LLP

By /s/ David Koropp
David Koropp
Attorneys for Defendant
NAVTEQ Corporation

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 11/2/07         *Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge