| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| | David S. Bloch (SBN: 184530) |
| 2 | K. Joon Oh (SBN: 246142) |
| | 101 California Street |
| 3 | San Francisco, CA  94111-5894 |
| | Telephone:    415-591-1000 |
| 4 | Facsimile:     415-591-1400 |
| | Email: dbloch@winston.com |
| 5 |              koh@winston.com |

WINSTON & STRAWN LLP
Dan K. Webb (*admitted pro hac vice*)
George C. Lombardi (*admitted pro hac vice*)
David E. Koropp (*admitted pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois  60601
Telephone Number: (312) 558-5600
Fax Number: (312) 558-5700

Attorneys for Defendant
NAVTEQ CORPORATION

*E-FILED - 11/14/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA, | Case No. C 05-01673 RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER TO MODIFY SCHEDULE** |
| NAVTEQ CORPORATION, | |
| Defendant. | |

////

////

////

////

**STIPULATION AND [] ORDER TO MODIFY SCHEDULE**
**Case No. C 05-01673 RMW**

CHI:2002684.1

## **STIPULATION**

Subject to the approval of this Court, the parties hereby stipulate to the following modification of the schedule set forth in this Court's June 6, 2007 Order.

WHEREAS, the Order entered by the Court on June 6, 2007 set forth dates for the pretrial conference to be held on December 13, 2007 and the start of trial to be on January 28, 2008;

WHEREAS, on September 14, 2007 and October 5, 2007, NAVTEQ timely filed dispositive motions that are potentially case-dispositive on all issues or could narrow the issues for trial;

WHEREAS, the parties previously agreed to have the motions heard on November 16, 2007, and the Court was initially available on that date;

WHEREAS, thereafter the Court contacted the parties regarding its unavailability on that date and continued the motions for summary judgment until November 30, 2007;

WHEREAS, under this Court's Standing Orders, the scheduled December 13, 2007 pretrial conference in this matter requires the filing of the parties' pretrial preparation materials on November 29, 2007;

WHEREAS, the parties agree that pretrial preparation without the Court's ruling on summary judgment would waste both the parties' and the Court's time and resources;

WHEREAS, the parties have worked together to find the next earliest trial date convenient for the parties and the Court's schedule to enable ruling on summary judgment before the deadline for pretrial preparation;

WHEREAS, the next earliest trial date convenient for the parties as well as the Court's calendar is May 12, 2008.

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas N.V. , Tele Atlas, North America, and NAVTEQ Corporation, through their respective counsel of record, as follows:

//

//

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

-2-
**NAVTEQ CORPORATION'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**
**Case No. C 05-01673 RMW**

CHI:2002684.1

1. The schedule set forth in this Court's June 6, 2007 Order shall be modified as follows:

| The current schedule: | The parties' proposed schedule: |
|---|---|
| Pre-trial conference on December 13, 2007 | Pre-trial conference on March 27, 2008 |
| Trial to start the week of January 28, 2008 | Trial to start the week of May 12, 2008 |

IT IS SO STIPULATED.

Dated: November 7, 2007

/s/ Megan E. Gervase
Megan E. Gervase
WINSTON & STRAWN LLP
Attorneys for Defendant
NAVTEQ Corporation

Dated: November 7, 2007

/s/ Melissa J. Baily
Melissa J. Baily
Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

////

////

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 11/14/07

*Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Judge