WINSTON & STRAWN LLP
David S. Bloch (SBN: 184530)
K. Joon Oh (SBN: 246142)
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbloch@winston.com
koh@winston.com

WINSTON & STRAWN LLP
Dan K. Webb (*admitted pro hac vice*)
George C. Lombardi (*admitted pro hac vice*)
David E. Koropp (*admitted pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone Number: (312) 558-5600
Fax Number: (312) 558-5700

Attorneys for Defendant
NAVTEQ CORPORATION

\*E-FILED - 1/18/08\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>NAVTEQ CORPORATION,<br><br>   Defendant. | Case No. C 05-01673 RMW<br><br>**STIPULATION AND []ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS CONTINUED FROM NOVEMBER 30, 2007 TO FEBRUARY 8, 2008** |

////

////

////

////

**STIPULATION AND [] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS
CONTINUED FROM NOVEMBER 30, 2007 TO FEBRUARY 8, 2008
Case No. C 05-01673 RMW**

SF:190748.1

# **STIPULATION**

Subject to the approval of this Court, the parties hereby stipulate to the following briefing schedule as required by this Court's November 8, 2007 Order.

WHEREAS, the hearing on (1) NAVTEQ's Motions for Partial Summary Judgment; (2) Tele Atlas's Motion to Exclude Certain Opinions and Testimony of William Kerr; and (3) Tele Atlas's Motion to Submit Additional Expert Disclosure is set for February 8, 2008;

WHEREAS, the parties have reached agreement regarding scheduling with respect to the oppositions and reply briefs to be filed in connection with said motions;

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas N.V., Tele Atlas, North America (collectively "Tele Atlas"), and NAVTEQ Corporation ("NAVTEQ"), through their respective counsel of record, as follows:

1. NAVTEQ's Opposition to Tele Atlas's Motion to Exclude Certain Opinions and Testimony of William Kerr will be filed on January 7, 2008;

2. NAVTEQ's Opposition to Tele Atlas's Motion for Leave to Submit Additional Expert Disclosure will be filed on January 7, 2008;

3. NAVTEQ's Reply in Support of Its Motions for Partial Summary Judgment will be filed on January 25, 2008;

4. Tele Atlas's Reply in Support of Its Motion to Exclude Certain Opinions and Testimony of William Kerr will be filed on January 25, 2008;

///
///
///
///
///

-2-
**STIPULATION AND [] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS CONTINUED FROM NOVEMBER 30, 2007 TO FEBRUARY 8, 2008**
**Case No. C 05-01673 RMW**

SF:190748.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

5. Tele Atlas's Reply in Support of Its Motion for Leave to Submit Additional Expert Disclosure will be filed on January 25, 2008.

IT IS SO STIPULATED.

Dated: December 5, 2007

/s/ Megan E. Gervase
Megan E. Gervase
WINSTON & STRAWN LLP
Attorneys for Defendant
NAVTEQ Corporation

Dated: December 5, 2007

/s/ Melissa J. Baily
Melissa J. Baily
Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 1/18/08

*Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Judge

**STIPULATION AND [] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS CONTINUED FROM NOVEMBER 30, 2007 TO FEBRUARY 8, 2008**
**Case No. C 05-01673 RMW**

SF:190748.1