WINSTON & STRAWN LLP
David S. Bloch (SBN: 184530)
K. Joon Oh (SBN: 246142)
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbloch@winston.com
koh@winston.com

WINSTON & STRAWN LLP
Dan K. Webb (*admitted pro hac vice*)
George C. Lombardi (*admitted pro hac vice*)
David E. Koropp (*admitted pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone Number: (312) 558-5600
Fax Number: (312) 558-5700

Attorneys for Defendant
NAVTEQ CORPORATION

*E-FILED - 2/6/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAVTEQ CORPORATION,<br><br>Defendant. | Case No. C 05-01673 RMW<br><br>**STIPULATION AND [] ORDER TO CONTINUE MOTION HEARING DATE** |

////

////

////

////

# STIPULATION

Subject to the approval of this Court, the parties hereby stipulate to the following modification of the hearing date set forth in this Court's January 29, 2008 Notice of Continuance.

WHEREAS, the January 29, 2008 Order entered by the Court on the Court's own motion set forth April 11, 2008 for hearing certain motions on calendar in this action;

WHEREAS, NAVTEQ Corporation is unavailable on April 11, 2008;

WHEREAS, the parties have met and conferred and are both available on April 18, 2008;

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas N.V., Tele Atlas North America, and NAVTEQ Corporation, through their respective counsel of record, that the hearing date on the following motions be continued from April 11, 2008 to April 18, 2008:

Defendant's Motion for Partial Summary Judgment

Defendant's Motion for Partial Summary Judgment on All Claims Other Than Tying

Defendant's Motion to Strike Declarations in Support Of Plaintiffs' Opposition to
    NAVTEQ's Motions for Partial Summary Judgment

Defendant's Motion to Strike Opinions and Testimony of Kevin Neels

Plaintiffs' Motion for Leave to Submit Additional Expert Disclosure

Plaintiffs' Motion to Exclude Certain Opinions and Testimony of William Kerr

IT IS SO STIPULATED.

Dated: January 30, 2008

/s/ Megan E. Gervase
Megan E. Gervase
WINSTON & STRAWN LLP
Attorneys for Defendant
NAVTEQ Corporation

Dated: January 30, 2008

/s/ Melissa J. Baily
Melissa J. Baily
Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

-2-
**STIPULATION AND [] ORDER TO CONTINUE MOTION HEARING DATE**
**Case No. C 05-01673 RMW**

CHI:2039894.1

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: <u>  2/6/08                  </u>       *Ronald M. Whyte*
                                            _____
                                            Hon. Ronald M. Whyte
                                            U.S. District Judge