WINSTON & STRAWN LLP
David S. Bloch (SBN: 184530)
K. Joon Oh (SBN: 246142)
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: dbloch@winston.com
       koh@winston.com

WINSTON & STRAWN LLP
Dan K. Webb (*admitted pro hac vice*)
George C. Lombardi (*admitted pro hac vice*)
David E. Koropp (*admitted pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone Number: (312) 558-5600
Fax Number: (312) 558-5700

*E-FILED - 4/29/08*

Attorneys for Defendant
NAVTEQ CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVTEQ CORPORATION,<br><br>    Defendant. | **Case No. C 05-01673 RMW**<br><br>**STIPULATION AND [xxxxxxxxxxxxxx] ORDER TO MODIFY SCHEDULE** |

////

////

////

////

## STIPULATION

Subject to the approval of this Court, the parties hereby stipulate to the following modification of the schedules set forth in this Court's January 29, 2008 and February 6, 2008 Orders.

WHEREAS, on January 29, 2008, this Court issued its Clerk's Notice Resetting Pretrial and Trial Dates on its own motion, setting forth dates for the pretrial conference in this action to be held on May 22, 2008 and the start of trial to be on July 14, 2008;

WHEREAS, these dates conflict with both parties' trial counsel's calendars;

WHEREAS, the parties have worked together to find the next earliest trial date convenient for the parties and the Court's schedule;

WHEREAS, the next earliest trial date convenient for the parties as well as the Court's calendar is November 3, 2008;

WHEREAS, on February 6, 2008, this Court entered the parties' Stipulation and Order to Continue Motion Hearing Date, continuing the hearing date on certain motions to April 18, 2008;

WHEREAS, Tele Atlas was no longer available for a hearing on April 18, 2008;

WHEREAS, the parties met and conferred and were both available for a hearing on June 20, 2008, and on April 23, 2008 the parties filed a stipulation to that effect;

WHEREAS on April 24, 2008 the parties were notified by the Court that the Court would be unavailable for hearing on June 20, 2008;

WHEREAS the parties hereby withdraw their April 24, 2008 stipulation;

WHEREAS, the parties met and conferred again and are both available for a hearing on July 18, 2008.

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas N.V., Tele Atlas North America, and NAVTEQ Corporation, through their respective counsel of record, as follows:

-2-
NAVTEQ CORPORATION'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
Case No. C 05-01673 RMW

(1) The hearing date on the following motions be continued from April 18, 2008 to July 18, 2008:

Defendant's Motion for Partial Summary Judgment

Defendant's Motion for Partial Summary Judgment on All Claims Other Than Tying

Defendant's Motion to Strike Declarations in Support Of Plaintiffs' Opposition to NAVTEQ's Motions for Partial Summary Judgment

Defendant's Motion to Strike Opinions and Testimony of Kevin Neels

Plaintiffs' Motion for Leave to Submit Additional Expert Disclosure

Plaintiffs' Motion to Exclude Certain Opinions and Testimony of William Kerr

(2) The trial schedule set forth in this Court's January 29, 2008 Order shall be modified as follows:

| The current schedule: | The parties' proposed schedule: |
| --- | --- |
| Pre-trial conference on May 22, 2008 | Pre-trial conference on September 11, 2008 |
| Trial to start the week of July 14, 2008 | Trial to start the week of November 3, 2008 |

IT IS SO STIPULATED.

Dated: April 28, 2008

/s/ David S. Bloch
David S. Bloch
WINSTON & STRAWN LLP
Attorneys for Defendant
NAVTEQ Corporation

Dated: April 28, 2008

/s/ Melissa J. Baily
Melissa J. Baily
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

[XXXXXXXXXXXX] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/29/08

*Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Judge