QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 90378)
 David Eiseman (Bar No. 114758)
 Dominic Surprenant (Bar No. 165861)
 Melissa J. Baily (Bar No. 237649)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700
Email: johnquinn@quinnemanuel.com
           davideiseman@quinnemanuel.com
           dominicsurprenant@quinnemanuel.com
           melissabaily@quinnemanuel.com

Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

***E-FILED - 7/16/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NAVTEQ CORPORATION,<br><br>　　　　　Defendant. | CASE NO. C 05-1673 RMW<br><br>**[] ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM ON JULY 18, 2008**<br><br>Date:　July 18, 2008<br>Time:　2:00 p.m.<br>Court:　The Hon. Ronald M. Whyte<br>　　　　Courtroom 6, 4th Floor<br><br>Complaint filed: April 22, 2005<br>Trial date:　November 3, 2008 |

1   Tele Atlas N.V. and Tele Atlas North America ("Tele Atlas") have submitted an Ex Parte
2   Request To Bring Equipment into the Courtroom on July 18, 2008. The request is made pursuant
3   to General Order No. 58 of the Northern District of California on the basis that Tele Atlas seeks to
4   display certain graphics during a hearing in this action scheduled for July 18, 2008.
5   Good cause appearing, the Court orders that Tele Atlas may bring the following equipment
6   into the courtroom on July 18, 2008:
7   1.   1 LCD projector with cabling; and
8   2.   1 projector screen.

10   IT IS SO ORDERED.

12   SO ORDERED this __16__ day of __July__, 2008.

         *Ronald M. Whyte*
         _____
         THE HONORABLE RONALD M. WHYTE
         UNITED STATES DISTRICT JUDGE