WINSTON & STRAWN LLP
David S. Bloch (SBN: 184530)
K. Joon Oh (SBN: 246142)
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbloch@winston.com
       koh@winston.com

WINSTON & STRAWN LLP
Dan K. Webb (*admitted pro hac vice*)
George C. Lombardi (*admitted pro hac vice*)
David E. Koropp (*admitted pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone Number: (312) 558-5600
Fax Number: (312) 558-5700

Attorneys for Defendant
NAVTEQ CORPORATION

*E-FILED - 9/8/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NAVTEQ CORPORATION, <br><br> Defendant. | Case No. C 05-01673 RMW <br><br> **STIPULATION AND [] ORDER TO CONTINUE PRETRIAL CONFERENCE DATE** |

## STIPULATION

Subject to the approval of this Court, the parties hereby stipulate to the following modification of the pretrial conference date set forth in this Court's August 22, 2008, Order.

-1-
**STIPULATION AND [] ORDER TO CONTINUE PRETRIAL CONFERENCE DATE**
**Case No. C 05-01673 RMW**

1  WHEREAS, on August 22, 2008, this Court issued its Clerk's Notice Of Continuance Of Pretrial Conference on its own motion, setting forth the date for the pretrial conference in this action to be held on October 9, 2008;

WHEREAS, NAVTEQ's trial counsel has a trial scheduled for late September and early October that likely conflicts with the October 9, 2008, pretrial conference;

WHEREAS, the parties have worked together to find the next earliest pretrial conference date convenient for the parties and the Court's schedule;

WHEREAS, the next earliest pretrial conference date convenient for the parties as well as the Court's calendar is October 16, 2008;

WHEREAS, NAVTEQ's trial counsel expects that he will be available for a pretrial conference on October 16, 2008, and will inform the Court and the parties in the event of any unexpected trial delay that could impact this date.

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas N.V., Tele Atlas North America, and NAVTEQ Corporation, through their respective counsel of record, as follows:

(1) The pretrial conference date set forth in this Court's August 22, 2008, Order shall be continued to October 16, 2008.

(2) Pretrial submissions will be due in accordance with the Court's Standing Order Re Pretrial Preparation: October 2, 2008, for initial submissions (10 court days prior to pretrial conference) and October 9, 2008, for responsive submissions (5 court days prior to pretrial conference).

////

////

-2-
**STIPULATION AND [] ORDER TO CONTINUE PRETRIAL CONFERENCE DATE**
**Case No. C 05-01673 RMW**

CHI:2143207.4

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

IT IS SO STIPULATED.

Dated:  September 4, 2008

/s/ David S. Bloch
David S. Bloch
K. Joon Oh
WINSTON & STRAWN LLP
Attorneys for Defendant
NAVTEQ Corporation

Dated:  September 4, 2008

/s/ Melissa J. Baily
Melissa J. Baily
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

### CERTIFICATION

In compliance with General Rule No. 45, Section X, I, David S. Bloch, attest and concur that the conformed signature block above of Melissa J. Baily, counsel of record for Plaintiffs Tele Atlas N.V. and Tele Atlas North America, is Ms. Baily's signature and that Ms. Baily has authorized me as Defendant's counsel to file this document on behalf of both parties.

Dated:  September 4, 2008

/s/ David S. Bloch
David S. Bloch
WINSTON & STRAWN LLP
Attorneys for Defendant
NAVTEQ Corporation

### [] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/8/08                                      *Ronald M. Whyte*

Hon. Ronald M. Whyte
U.S. District Judge