**\*E-FILED 10/14/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS, NORTH AMERICA,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>NAVTEQ CORPORATION,<br><br>　　　Defendant.<br>_____/ | No. C 05-01673 RMW (RS)<br><br>ORDER SETTING<br>PRETRIAL CONFERENCE |

　　　IT IS HEREBY ORDERED that the pretrial conference in the captioned matter will be held on **November 12, 2008 at 1:30 p.m.**, in Courtroom 4 at the United States Courthouse, 280 S. First Street, San Jose, California.

DATED:　　October 14, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Andrew P. Bridges     abridges@winston.com, cfernandez@winston.com, docketsf@winston.com, mabutler@winston.com

Dan Keith Webb     dwebb@winston.com

David Eiseman     davideiseman@quinnemanuel.com, rosannawoods@quinnemanuel.com, westonreid@quinnemanuel.com

David E. Koropp     dkoropp@winston.com, ajohnstone@winston.com, anelson@winston.com, ECF_CH@winston.com, jglasser@winston.com, mgervase@winston.com

David S. Bloch     dbloch@winston.com, mschaefer@winston.com, vebert@winston.com

Emily Christina O'Brien     emilyobrien@quinnemanuel.com, annabellehilario@quinnemanuel.com

George C. Lombardi     glombardi@winston.com

Kevin Joon Oh     koh@winston.com, docketsf@winston.com, vebert@winston.com

Kristin Janet Madigan     kristinmadigan@quinnemanuel.com, amberburns@quinnemanuel.com

Megan Elizabeth Schaefer     mschaefer@winston.com

Melissa J Baily     melissabaily@quinnemanuel.com, mercedeshereford@quinnemanuel.com

Robert P. Feldman     rfeldman@wsgr.com, rarteaga@wsgr.com

William A. Morehead     williammorehead@quinnemanuel.com


Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 14, 2008


　　　　　　　　　　　　　　　　/s/ BAK
　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Richard Seeborg