1

2

3    **E-filed on:    10/18/08**

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10

11  | TELE ATLAS N.V. and TELE ATLAS | No. C-05-01673 RMW (RS) |
    | NORTH AMERICA, | |

12  | Plaintiffs, | FURTHER ORDER REGARDING |
    | | PRETRIAL PREPARATION AND |

13  | | GRANTING LEAVE TO FILE MOTION FOR |
    | v. | RECONSIDERATION |

14
    | NAVTEQ CORPORATION, | |
15
    | Defendant. | |
16

17

18         NAVTEQ has filed an emergency motion for leave to file a motion to reconsider a portion of

19  the court's summary judgment order.  NAVTEQ has failed to show the "emergence of new material

20  facts or a change of law occurring after the time of [the] order."  Civil L.R. 7-9(b)(2).  The court

    may, however, have committed a "manifest failure" in its consideration of the legal issue presented.
21
    *See* Civil L.R. 7-9(b)(3).  Accordingly, the court grants NAVTEQ's motion for leave to file a motion
22
    for reconsideration.  The motion will be heard at the pretrial conference on November 12, 2008.
23
    Tele Atlas shall file its opposition by November 5, which shall not exceed 15 pages.  NAVTEQ may
24
    file a reply of up to 5 pages by November 7.
25
           To maintain the pretrial schedule, the court also sets the following deadlines:
26
    **October 31, 2008**       File written consents to magistrate judge jurisdiction and waiver of any
27
                        objection to permitting the "settlement judge" to preside over the trial.
28

FURTHER ORDER REGARDING PRETRIAL PREPARATION AND GRANTING LEAVE TO FILE MOTION FOR
RECONSIDERATION
No. C-05-01673 RMW (RS)
TSF

| | | |
|---|---|---|
| 1 | **November 10, 2008** | File stipulated jury questionnaire.  The court will only consider a jury |
| 2 | | questionnaire if the parties agree to the wording.  If the parties cannot agree to |
| 3 | | a questionnaire, the parties may instead submit their proposed *voir dire* |
| 4 | | questions at this time. |
| 5 | | File revised trial time estimates.  The court's summary judgment order |
| 6 | | narrowed the issues to be decided at trial somewhat.  The court would |
| 7 | | appreciate knowing whether this impacts the parties' estimates for the length |
| 8 | | of the trial.  The court intends to hold trial from 8:15 to 1:15 each day with |
| 9 | | two 15-minute breaks. |
| 10 | **November 24, 2008** | Reserve the afternoon for hearing any pretrial matters, including any *Daubert* |
| 11 | | issues, not resolved at the November 12 pretrial conference. |

DATED:       10/28/08

RICHARD SEEBORG
United States Magistrate Judge

FURTHER ORDER REGARDING PRETRIAL PREPARATION AND GRANTING LEAVE TO FILE MOTION FOR
RECONSIDERATION
No. C-05-01673 RMW (RS)
TSF                                                    2

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Tele Atlas:**
   Melissa J Baily                    melissabaily@quinnemanuel.com

3  David Eiseman                davideiseman@quinnemanuel.com
   Robert P. Feldman              rfeldman@wsgr.com

4  Kristin Janet Madigan         kristinmadigan@quinnemanuel.com
   William Morehead            williammorehead@quinnemanuel.com

5  Emily Christina O'Brien       emilyobrien@quinnemanuel.com

6  **Counsel for NAVTEQ:**
   David S. Bloch               dbloch@winston.com

7  Andrew Bridges               abridges@winston.com
   David Koropp               dkoropp@winston.com

8  George Lombardi           glombardi@winston.com
   Kevin Joon Oh               koh@winston.com

9  Megan Elizabeth Schaefer    mschaefer@winston.com
   Dan Webb                   dwebb@winston.com

10

11  Counsel are responsible for distributing copies of this document to co-counsel that have not registered
   for e-filing under the court's CM/ECF program.

12

13  **Dated:** __10/28/08_____             __/s/ BAK_____

14                                                        **Chambers of Judge Seeborg**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FURTHER ORDER REGARDING PRETRIAL PREPARATION AND GRANTING LEAVE TO FILE MOTION FOR
RECONSIDERATION
No. C-05-01673 RMW (RS)
TSF                                       3