1
2
3      **E-filed on:    11/13/08**
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11
12

| | |
|---|---|
| 13 TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA, | No. C-05-01673 RMW (RS) |
| 14                   Plaintiffs, | ORDER GRANTING NAVTEQ'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE REGARDING THE ELECTRONIC HORIZON PATENT |
| 15         v. | |
| 16 NAVTEQ CORPORATION, | **[Re Docket No. 290]** |
| 17                   Defendant. | |
| 18 | |

19
20          Tele Atlas and NAVTEQ create and supply digital map data.  Tele Atlas has accused
21   NAVTEQ of, among other things, monopolizing markets for digital map data.  Trial on these claims
22   is scheduled for December 2, 2008.
23          Tele Atlas alleged that NAVTEQ illegally tied the licensing of U.S. Patent No. 6,735,515
24   (the "electronic horizon patent") to its licensing of digital map data.  *See* Third Amended Complaint,
25   Docket No. 53 ¶¶ 71-75 (Mar. 29, 2007).  The court granted partial summary judgment with respect
26   to Tele Atlas's section 1 (and state analogue) tying claims based on this alleged tying because the
27   undisputed evidence showed that NAVTEQ had never licensed the electronic horizon patent to
28   anyone.  Docket No. 341 at 22 & fn.13 (Oct. 28, 2008).

1   NAVTEQ now moves to exclude any testimony regarding the electronic horizon patent as

2   irrelevant.  Tele Atlas disagrees, stating that "it is clear that evidence regarding the electronic

3   horizon patent is relevant to each of Tele Atlas' federal and state antitrust claims and is this

4   admissible."  Tele Atlas fails to explain the "clear" relevance of any evidence regarding the

5   electronic horizon patent.  Though the threshold for relevance is low, it is more than nothing.  *See*

6   Fed. R. Evid. 402.  Nevertheless, at the hearing on the motion, Tele Atlas agreed that it would not

7   offer evidence related to the electronic horizon patent.  Accordingly, the court grants NAVTEQ's

8   motion to exclude evidence regarding the electronic horizon patent.

9

10   DATED:      11/13/08

11                                                  RICHARD SEEBORG
                                                    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of this document has been electronically sent to:**

**Counsel for Tele Atlas:**
Melissa J Baily                        melissabaily@quinnemanuel.com
David Eiseman                        davideiseman@quinnemanuel.com
Robert P. Feldman                    rfeldman@wsgr.com
Kristin Janet Madigan                kristinmadigan@quinnemanuel.com
William Morehead                    williammorehead@quinnemanuel.com
Emily Christina O'Brien              emilyobrien@quinnemanuel.com

**Counsel for NAVTEQ:**
David S. Bloch                        dbloch@winston.com
Andrew Bridges                      abridges@winston.com
David Koropp                        dkoropp@winston.com
George Lombardi                     glombardi@winston.com
Kevin Joon Oh                        koh@winston.com
Megan Elizabeth Schaefer            mschaefer@winston.com
Dan Webb                            dwebb@winston.com


Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**           11/13/08                                     /s/ BAK
                                                            **Chambers of Judge Seeborg**