QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
  Robert P. Feldman (Bar No. 69602)
  David Eiseman (Bar No. 114758)
  Dominic Surprenant (Bar No. 165861)
  Melissa J. Baily (Bar No. 237649)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:      (415) 875-6600
Facsimile:      (415) 875-6700
Email:          bobfeldman@quinnemanuel.com
                davideiseman@quinnemanuel.com
                dominicsurprenant@quinnemanuel.com
                melissabaily@quinnemanuel.com

Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

*E-FILED 11/19/08*

WINSTON & STRAWN LLP
  Dan K. Webb (admitted *pro hac vice*)
  George C. Lombardi (admitted *pro hac vice*)
  David E. Koropp (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois  60601
Telephone:      (312) 558-5600
Facsimile:      (312) 558-5700
Email:          dwebb@winston.com
                glombardi@winston.com
                dkoropp@winston.com

Attorneys for Defendant
NAVTEQ Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA,<br><br>                 Plaintiffs,<br><br>        v.<br><br>NAVTEQ CORPORATION,<br><br>                 Defendant. | CASE NO. C 05-1673 RS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO BRING EQUIPMENT INTO THE COURTROOM ON NOVEMBER 21, 2008**<br><br>Court:  The Honorable Richard Seeborg<br><br>Complaint filed:  April 22, 2005<br>Trial date:          December 2, 2008 |

**STIPULATION**

Subject to the approval of the Court, the parties hereby stipulate to the following.

WHEREAS, the November 13, 2008 Order Establishing Trial Protocol instructs the parties to submit a stipulated request for permission to bring equipment into the courtroom for purposes of the trial of the above-captioned matter;

WHEREAS, the trial is scheduled to begin on December 2, 2008; and

WHEREAS, the supplier of the equipment to be used at trial, Mr. Bill Smith, and Ms. Martha Parker-Brown discussed the benefits of bringing the equipment into the courtroom on November 21, 2008, rather than on the afternoon of November 26, 2008;

Accordingly, IT IS HEREBY STIPULATED by and between Tele Atlas N.V., Tele Atlas North America, and NAVTEQ Corporation, through their respective counsel of record, as follows:

The parties request permission to bring the following equipment into the courtroom on November 21, 2008:  flat panels, projection equipment, a screen, extension cords, audio and video cables, power strips, and related equipment.

DATED:  November 19, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/ Melissa J. Baily
    Melissa J. Baily
    Attorneys for Plaintiffs
    Tele Atlas N.V. and Tele Atlas North America

DATED:  November 19, 2008

WINSTON & STRAWN LLP


By  /s/ David E. Koropp
    David E. Koropp
    Attorneys for Defendant
    NAVTEQ Corporation

I, Melissa J. Baily, am the ECF User whose ID and password are being used to file this pleading. I hereby attest that permission to file this document with David E. Koropp's electronic signature was provided by Andrew M. Johnstone of Winston & Strawn LLP.

1

**<u>ORDER</u>**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4

DATED: _____11/19/08_____        _____

5

The Honorable Richard Seeborg
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND [PROPOSED] ORDER
REGARDING EQUIPMENT
CASE NO. C 05-1673 RS

-2-