QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert P. Feldman (Bar No. 069602)
  David Eiseman (Bar No. 114758)
  Dominic Surprenant (Bar No. 165861)
  Melissa J. Baily (Bar No. 237649)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700
Email:        bobfeldman@quinnemanuel.com
              davideiseman@quinnemanuel.com
              dominicsurprenant@quinnemanuel.com
              melissabaily@quinnemanuel.com

*E-FILED 12/18/08*

Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

WINSTON & STRAWN LLP
  Andrew P. Bridges (Bar No. 122761)
101 California Street, 39th Floor
San Francisco, California  94111
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400
Email: abridges@winston.com

Attorneys for Defendant
NAVTEQ Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELE ATLAS N.V. and TELE ATLAS NORTH AMERICA,<br><br>            Plaintiffs,<br><br>     v.<br><br>NAVTEQ CORPORATION,<br><br>            Defendant. | CASE NO. C 05-1673 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AND DEFENSES WITH PREJUDICE** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiffs Tele Atlas B.V. (formerly Tele Atlas N.V.) and Tele Atlas North America (collectively "Tele Atlas") and Defendant NAVTEQ Corporation ("NAVTEQ"), through their respective counsel of record, stipulate as follows:

1. All claims in Tele Atlas' Third Amended Complaint for Federal and State Antitrust Violations, Unfair Competition, and Intentional Interference, filed in Case No. C 05-1673 RS, and all defenses thereto are dismissed with prejudice.

2. Tele Atlas and NAVTEQ shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims.

DATED: December 15, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/David Eiseman
David Eiseman
Attorneys for Plaintiffs
Tele Atlas N.V. and Tele Atlas North America

DATED: December 15, 2008         WINSTON & STRAWN LLP

By /s/David Koropp
David Koropp
Attorneys for Defendant
NAVTEQ Corporation

1 **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4 Dated: December 17, 2008                    _____

5                                             The Honorable Richard Seeborg
                                              United States Magistrate Judge